■ RALPH P. PENNINO, Appellant, v LASERSURGE, INC., et al., Respondents. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Same Memorandum as in *Pennino v Lasersurge, Inc.* ([appeal No. 1] 178 AD2d 939 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Curran, J.—Reargument.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.

■ LARRY O. GESSEL, Respondent, v LINDA L. D. GESSEL, Appellant.—Order insofar as appealed from unanimously affirmed without costs for reasons stated in decision at Supreme Court, Houston, J. (Appeal from Order of the Supreme Court, Livingston County, Houston, J.—Set Aside Separation Agreement.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.